UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSS,<br><br>　　　　　Defendant. | No. 2:19-cv-00317-TLN-AC<br><br>**ORDER** |

Plaintiff Jeremy Delphin ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF No. 13.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　1. The Findings and Recommendations filed April 7, 2021 (ECF No. 13), are ADOPTED IN FULL;

1

2. This action is DISMISSED without leave to amend for failure to state a claim; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: June 8, 2021

                                    Troy L. Nunley
                                    United States District Judge